AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SAADIQ LOGAN<br>DOB: X/X/XXXX<br>PDID: XXXXXX<br><br>*Defendant(s)* | Case: 1:22-mj-00145<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 6/23/2022<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 22, 2022__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce |
| 21 U.S.C. § 841(a)(1) & 841(b)(1)(C) | unlawfully, knowingly and intentionally did possess with intent to distribute a detectable amount of oxycodone, Schedule II narcotic drug controlled substance; |
| 18 U.S.C. § 924(c)(1)(A) | Unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Inv. Nicholas Damron, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 06/23/2022

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*