AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
LUKE MICHAEL LINTS

)
)  Case: 1:22-mj-00146
)  Assigned To : Faruqui, Zia M.
)  Assign. Date : 6/24/2022
)  Description: Complaint W/ Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  LUKE MICHAEL LINTS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 06/24/2022

Zia M. Faruqui
2022.06.24 16:51:02 -04'00'
*Issuing officer's signature*

City and state:  Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/24/22, and the person was arrested on *(date)* 6/30/22
at *(city and state)* Traverse City, MI.

Date: 6/30/22

*Arresting officer's signature*

Garret H. Croon, FBI Special Agent
*Printed name and title*