UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LUKE MICHAEL LINTS<br><br>Defendant. | Case No. 1:22-mj-146-ZMF-1 |

ENTRY OF APPEARANCE

The undersigned attorney, having been appointed as CJA Panel counsel for the Defendant, Luke Michael Lints, and being duly certified to practice before the Court, respectfully requests that his appearance be entered as attorney of record in this matter for the Defendant, Luke Michael Lints.

Date:  July 13, 2022

Respectfully submitted,

 /s/ Paul F. Enzinna
Ellerman Enzinna Levy PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@eellaw.com

*Counsel for Defendant Luke Michael Lints*

<u>CERTIFICATE OF SERVICE</u>

      I certify that on July 13, 2022, a copy of the foregoing Entry of Appearance was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

Dated:  July 13, 2022                    Respectfully submitted,

                                                  /s/ Paul F. Enzinna
                                          Ellerman Enzinna Levy PLLC
                                          1050 30th Street, NW
                                          Washington, DC 20007
                                          202.753.5553
                                          penzinna@eellaw.com

                                          *Counsel for* Defendant Luke Michael Lints